**ALD-059**                                                           **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-3865
_____

IN RE:  MICHAEL NORWOOD,
                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 1-15-cv-02996)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
December 1, 2016

Before: MCKEE, JORDAN and RESTREPO, <u>Circuit</u> <u>Judges</u>

(Opinion filed: January 11, 2017)
_____

OPINION[*]
_____

PER CURIAM

      Michael Norwood filed a petition for a writ of mandamus seeking an order

directing the District Court to rule on his amended motion under 28 U.S.C. § 2255.  The

District Court denied that motion on November 28, 2016.  Thus, because Norwood has

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

received all of the relief he requested, his petition is now moot.  We will therefore

dismiss it.  <u>See</u> <u>Blanciak v. Allegheny Ludlum Corp.</u>, 77 F.3d 690, 698-99 (3d Cir. 1996).